Ross Cornell, Esq., APC (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *ross.law@me.com*
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Misael Romero

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Misael Romero,<br><br>Plaintiff,<br><br>v.<br><br>Mario Ramirez, et al.<br><br>Defendants. | Case Number:<br>5:18−cv−1957 PSG (SHKx)<br><br>ORDER ON<br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff MISAEL ROMERO and Defendants MARIO RAMIREZ and VIVO TACOS LA ESTRELLA, by and through their respective attorneys as indicated below, hereby stipulate as follows:

1. Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice*; and

2. The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: December 19, 2018    By: /s/ *Ross Cornell*
                                Ross Cornell, Esq.,
                                Attorneys for Plaintiff,
                                MISAEL ROMERO

Dated: December 19, 2018    By: /s/ *James Link*
                                James Link, Esq.,
                                Attorneys for Defendants,
                                MARIO RAMIREZ
                                and VIVO TACOS LA ESTRELLA

IT IS SO ORDERED.
DATED: 12/27/2018

United States District Court Judge